Roberto L. Rodriguez
State Bar No. 24088918
Vince M. Vela
State Bar No. 24097232
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899
ATTORNEYS FOR TIDES AT ROYAL LANE SOUTH OWNER, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SKYE ANIYA GLOVER, | § | CASE NO. 24-34051-sgj13 |
| | § | |
| | § | |
| DEBTOR. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

Please take notice that the undersigned and the law firm of Higier Allen & Lautin, P.C., appear as counsel for Tides at Royal Lane South Owner, LLC, pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, request all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following addresses:

Roberto L. Rodriguez
Vince M. Vela
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile or otherwise.

The undersigned additionally request that the Debtor, United States Trustee and the Clerk of the Court place the undersigned attorneys' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted,

*/s/Vince M. Vela*
Roberto L. Rodriguez
rrodriguez@higierallen.com
State Bar No. 24088918
Vince M. Vela
vvela@higierallen.com
State Bar No. 24097232
Higier Allen & Lautin, P.C.
The Tower at Cityplace
2711 N. Haskell Ave., Suite 2400
Dallas, Texas 75204
Telephone: (972) 716-1888
Facsimile: (972) 716-1899
Attorneys for Tides at Royal Lane South Owner, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 2, 2025, a true and correct copy of the foregoing Notice of Appearance was served in accordance with the Federal Rules of Bankruptcy Procedure on the following parties:

| | |
|---|---|
| Skye Aniya Glover aka Skye Glover<br>9450 Royal Lane<br>Apartment No. 2030<br>Dallas, Texas 75243<br>**Debtor**<br>**Sent Certified Mail Return Receipt Requested 9589 0710 5270 0132 4032 19** | Jessica Ann Boone/Nicholas C. Inman<br>Allmand Law Firm, PLLC<br>860 Airport Frwy, Suite 401<br>Hurst, Texas 76054<br>**Debtor's Attorney, ECF** |
| U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75242<br>**United States trustee, ECF** | Thomas Powers<br>105 Decker Court, Ste 1150<br>Irving, TX 75062<br>**Trustee, ECF** |

                                          */s/Vince M. Vela*
                                          Vince M. Vela